**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF
PENNSYLVANIAM,

              Respondent

              v.

ROBERT CARL BOLUS,

              Petitioner

:  No. 583 MAL 2017
:
:
:
:  Petition for Allowance of Appeal from
:  the Order of the Superior Court
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 9th day of January, 2018, the Petition for Allowance of Appeal is **DENIED**.